# United States District Court
# Southern District of Georgia
# Savannah Division

FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 11:32 am, May 23, 2017

ZICRON LORENZEN WRIGHT, )
)
    Movant, )
)
v. ) CV417-66
) CR415-96
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 3, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge, dkt. no. 3, is **ADOPTED** as the opinion of the Court.

**SO ORDERED**, this 23rd day of May, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)