# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 415-096 |
| ZICRON LORENZEN WRIGHT, | |
| Defendant. | |

**ORDER**

Before the Court is Defendant Zicron Wright's motion to amend his previously-filed motion for compassionate release. Dkt. No. 122.

On December 2, 2015, a jury found Defendant guilty as to Count One of the Indictment, i.e. possession of ammunition by a convicted felon. Dkt. Nos. 1, 55. On April 3, 2017, Defendant filed a motion to vacate his conviction pursuant to 28 U.S.C. § 2255. Dkt. No. 88. After Defendant failed to follow a Court Order to complete a § 2255 form petition, the Court dismissed without prejudice Defendant's § 2255 motion on abandonment grounds. Dkt. Nos. 90, 92.

On September 10, 2021, Defendant filed a "Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)." Dkt. No. 120. Therein, Defendant asserted that he was

entitled to compassionate release based upon his medical conditions. Id. at 1. Defendant also made vague comments about the indictment against him being "defective" and the evidence used for his conviction being "inadmissible." Id. at 2. Because the motion was titled one for compassionate release, and because Defendant made no other request for relief, the Court interpreted the motion as one for compassionate release and denied the motion on the merits. Dkt. No. 121.

Now before the Court is Defendant's motion to amend his original motion. Dkt. No. 122. While the motion is titled "Motion to Amend Compassionate Release," the documents attached in support do not relate to his medical conditions at all. See id. Instead, they appear to relate to his state court criminal case wherein the Superior Court of Chatham County ruled that Defendant's motion to suppress the firearm be granted. Id. at 2-7. It thus appears that Defendant is not seeking compassionate release but instead attempting to challenge his underlying conviction in this case.

To the extent Defendant seeks to amend his motion for compassionate release, his motion is **GRANTED**. However, because nothing contained in the amendment supports compassionate release, the Court **REAFFIRMS** its prior Order and **DENIES** Defendant's motion for compassionate release. In the event Defendant is actually attempting to challenge his underlying conviction, the Clerk is **DIRECTED** to send Defendant an AO 243 form for § 2255 Motions.

2

**SO ORDERED**, this 14 day of September, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA