AO 247 (Rev. 11/23)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br><br>Zicron Lorenzen Wright | )<br>) Case No:   4:15CR00096-1<br>)<br>) USM No:   19500-021 |

Date of Original Judgment:        April 19, 2016

Date of Previous Amended Judgment: N/A          James Morgan Setters, III

*(Use Date of Last Amended Judgment if Any)*          *Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The original sentence imposed (240 months of imprisonment) was a downward variance from the advisory guideline range to address several factors outlined in 18 U.S.C. § 3553(a), including the need for the sentence imposed to be sufficient, but not greater than necessary, to provide just punishment for the offense of conviction. Retroactive application of Amendment 821 results in a reduction to the defendant's total criminal history score from eight points to six points; however, such application does not result in a reduction to the assigned criminal history category. Given the defendant's designation as an armed career criminal, who possessed ammunition in connection with a crime of violence, the criminal history score must be category VI. USSG §4B1.4(c)(2). Accordingly, since retroactive application of Amendment 821 does not have the effect of lowering the defendant's total offense level, his criminal history category, or his applicable guideline range, a reduction in sentence is not authorized under 18 U.S.C. § 3582(c)(2). USSG §1B1.10(a)(2)(B).

Except as otherwise provided, all provisions of the judgment dated _____ April 19, 2016 _____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   *April 16, 2026*

Effective Date: _____          _____
*(if different from order date)*                              LISA GODBEY WOOD
                                                                     UNITED STATES DISTRICT JUDGE